REC'D MAR 1 3 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07 - CV - 00570

(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 2 2007

GREGORY C. LANGHAM
CLERK

James McKee _____, Plaintiff,

v.

The Grant People, Inc. _____, Defendant.

---

**COMPLAINT**

---

## PARTIES

1.    Plaintiff   James McKee                         is a citizen of  Boulder, CO
who presently resides at the following address:
PO BOX 1025   Boulder, CO 80306

2.    Defendant  The Grant People, Inc.               is a citizen of  Las Vegas, NV
who live(s) at or is/are located at the following address:
5130 S. Ft Apache Rd   Suite 215-425   Las Vegas, NV 89148

## JURISDICTION

3.    Jurisdiction is asserted pursuant to following statutory authorities:
This court has subject matter jurisdiction pursuant to the CCR § 732-2, CRS § 6-1-901 and 47 U.S.C. § 227(a).  The allegations herein relate to defendant's purposeful transaction of business in the state of Colorado, and their infliction of tortious injury on plaintiff in the state of Colorado through such telephone calls and attempted telephone calls.  Through their conduct at issue, defendant also purposefully availed themselves of the State of Colorado.

4.    Briefly state the background of your case:

### Introduction

      **1.**  Plaintiff James McKee, brings this action for monetary and injunctive relief against defendant for their knowing and willful violation of the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227(b)(1) ("TCPA"), and its implementing regulations, 47 C.F.R. § 64.1200(a).  This federal scheme prohibits, and creates a private right of action for monetary and injunctive relief to redress, the initiation of unsolicited telephone calls ("telemarketing") to a person or business by

**2.**  During the time frame between the end of August, 2006 and beginning of October, 2006, defendant placed 26 unsolicited automated ("pre-recorded") telemarketing calls, of the same nature, to the cellular telephone of the plaintiff. Due to each call's Caller ID data being blocked and no verbal identification as to the name of the calling party, plaintiff had virtually no way to discover the source of the calling party to order them to cease and desist. Defendant's illegal conduct disrupted plaintiff's business operations and emotions by placing these unwanted calls almost daily. Accordingly, plaintiff hereby seeks relief pursuant to the TCPA.

### Parties

**3.**  Plaintiff James McKee is an individual private citizen with a principal place of residence located within the City and County of Boulder using a mailing address of P.O. BOX 1025 Boulder, CO 80306. Plaintiff received the unsolicited telephone calls at issue to a Colorado-based cellular telephone number serviced by Verizon Wireless Communications.

**4.**  On information and belief, defendant is: The Grant People, Inc. is a Nevada corporation with its registered office at 5130 S. Ft. Apache Rd Ste 215-425 Las Vegas, NV 89148.

**5.**  On information and belief, defendant Stan Clark is listed as the President of The Grant People, Inc., as per the Nevada Secretary of State (3/13/07). Peter F. Gould was listed as President during the time of the incidents (10/06) A copy of the Nevada Secretary of State company listing is attached as Exhibit A hereto.

7.   On information and belief, defendant Peter F. Gould is listed as the President of The Grant People Inc., as per the Las Vegas Better Business Bureau as of 3/13/07. Robert Hagopian was listed as President at the time of the incidents. Since there are two or more listed presidents – according to 2 different sources, plaintiff is using the listed information per Nevada Secretary of State.

8.   On information and belief, Executive World Wide, Inc., is listed as the Resident Agent as per the Nevada Secretary of State. Mr. Greg Villegas is listed as Vice President of Operations. A physical address of 5130 S. Ft. Apache Rd Ste 215-425 Las Vegas, NV 89148; the same exact address as one of the two listed addresses for the Grant People, Inc.

9.   On information obtained from written correspondence between The Grant People Inc. and the Las Vegas Better Business Bureau,  defendant named a 3rd party, digitalNRG, Inc.,  was contracted to handle all such marketing, including the placing of the unsolicited calls.

10. On information and belief, digitalNRG, Inc, The Dallas branch of the Better Business Bureau ("BBB)" lists digitalNRG as having a physical address of 12200 Ford Rd. Suite 486, Dallas, TX 75234 and a named president - Ricky Keele, as per a publicly available reliability report via the BBB website.

11. On information and belief, Executive World Wide, Inc., may share the same address as The Grant People, Inc., because they are a company believed to incorporate businesses, and may have transacted the incorporation of The Grant People, Inc.

12. Further research is being done to determine if Executive World Wide, Inc. will be

**13.** Plaintiff obtained the information recited in paragraphs 4-8 by, during one of the 26 unsolicited calls, being instructed (as part of the pre-recorded message) to leave personal information after a tone to receive a call back from a representative. Once the call back was received, plaintiff obtained the toll-free telephone number ("866-472-6885") reported by Caller ID, and researched the name "The Grant People" as verbally stated by the representative in that voice message. Using public sources, plaintiff learned the identity defendant corporations, then using additional public sources to find the defendant corporations' locations and to identify their officers.

**14.** Duly Noted, by plaintiff pressing a key during the pre-recorded message to leave information for a call back was in no way an attempt to establish a relationship with this company, nor was it an acceptance of offer from the calling party. It was only to obtain information to identify the calling party.

## **Nature of Claim**

**15.** Plaintiff brings this suit under the TCPA, 47 U.S.C. § 227(b), which provides that "It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—

> (A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—

The TCPA, 42 U.S.C. § 227(b)(3), further provides a private right of action exclusively in <u>state</u>

court, as follows:

> "A person or entity may, if otherwise permitted by the laws or rules of
> court of a State, bring in an appropriate court of that State, (A) an action
> based on a violation of this subsection or the regulations prescribed under
> this subsection to enjoin such violation, (B) an action to recover for actual
> monetary loss from such a violation, or to receive $500 in damages for
> each such violation, whichever is greater, or (C) both such actions."

Moreover, the TCPA also provides for <u>treble</u> damages.

> "If the court finds that the defendant willfully or knowingly violated this
> subsection or the regulations prescribed under this subsection, the court
> may, in its discretion, increase the amount of the award to an amount
> equal to not more than 3 times the amount available under subparagraph
> (B) of this paragraph."

**16.** The federal regulations implementing the TCPA similarly provide that no person

may

> "initiate any telephone call to any residential telephone line using an
> artificial or prerecorded voice to deliver a message without the prior
> express consent of the called party, unless the call is initiated for
> emergency purposes or is exempted by rule or order by the Commission
> under paragraph (2)(B)."

**17.** By placing <u>26</u> unsolicited telephone calls to plaintiff, all of which were sent in a

span of approximately 30 days time despite plaintiff's attempts to discover the source of the caller to

request that they cease, defendant knowingly and willfully violated the TCPA and its implementing

regulations. Accordingly, defendants are liable for at least $500, and up to $1,500, for <u>each</u> of their

unsolicited telephone calls to plaintiff.

## Statement of Facts

**18.** James McKee, plaintiff is a full-time resident of Colorado living in the City and County of Boulder.

**19.** Plaintiff subscribes to Verizon Wireless cellular service using telephone # 303-903-9020.

**20.** Plaintiff maintains this cellular service mentioned in paragraph 20 as a personal line for personal use.

**21.** Plaintiff recalls the addition of his cellular phone number being added into the Colorado and National Do-Not-Call databases periodically.

**22.** When telephone calls come in, they are either answered personally or the call is left to transfer into a voice mailbox. When unidentified calls are answered and deemed as irrelevant, or in this case, unsolicited telephone offers, this causes loss of concentration, anger, and frustration which occurred virtually every time a call was received from the defendant.

**23.** On the day of August 25 2006, plaintiff received the first in a series of pre-recorded unsolicited calls from an unidentified party and blocking their Caller ID information. The nature of the call was to solicit grant writing services and related commercial information to the receiver. A CD ROM Transcript (in *.MP3 format) of the recording is attached as Exhibit C hereto.

**24.** Defendant's pre-recorded unsolicited calls of the exact same nature continued almost daily to the count of 26 over the span of 30 days approximately. Attached as Exhibit D hereto, is a call log extracted from plaintiff's cellular phone showing times and dates the calls were received

**25.** Recognizing that the calls were unsolicited and disruptive, plaintiff listened for any words in the recording that would identify the caller's name, telephone contact number or any way in which to opt-out to no avail. The only way to potentially identify the calling party was to press "option 1" at the end of the recording to leave his name, and contact number for a call back "immediately" from a representative. Fearing this option would lead to automatically opting-in to the offer, undermined with the potential for the calls and related offers to be a scam, plaintiff declined to do so.

**26.** After roughly call # 10, plaintiff reluctantly pressed option 1 at the end of the recording to leave information for a call back. Though as stated that the call would be returned almost immediately, it was not until several days later a call from a live person came in. Plaintiff was in a meeting at the time, but allowed the call to record to voice mail. Plaintiff also noticed a toll free number (866) 472-6885 transmitted through caller ID at that time. In listening to the voice mail, the caller identified himself as "Mark Knapp" of "The Grant People" responding to my "interest in receiving more information on the company's offer". The caller stated the toll free number with extension 2 as the way to contact him.

**27.** Reluctant to simply return the call as plaintiff was still unsure as to the validity of the company, enough data was collected to begin to try to identify the source of the calls. As stated in paragraph 13, plaintiff used public sources to discover a website "www.thegrantpeople.com". Upon visiting the website, the contact telephone information matched that which was in plaintiff's caller

**28.** Further research through public records searches with the Nevada Secretary of State and Las Vegas Better Business Bureau revealed names of possible officers and president(s), as well as registered incorporation agents.

**29.** On or around September 28, plaintiff filed complaint with FCC through internet, and received file reference number: 06-W12308090. A copy of the filing of the complaint as well as a response from the FCC attached as Exhibit E hereto.

**30.** On September 28, plaintiff filed complaint with Las Vegas Better Business Bureau via internet. A copy of the complaint filed with the Las Vegas, NV Better Business Bureau is attached as Exhibit F hereto.

**31.** On October 2, plaintiff express overnight mailed a cease and desist / demand letter to defendant mentioned in paragraph 7 {Robert Hagopian} listed as president as per Las Vegas Better Business Bureau public records. Letter was directed to this individual, for lack of clear knowledge of additional responsible parties at the time. Seven calendar days were given by plaintiff to respond, confirm removal of telephone number from defendant's records, and pay a specified amount in damages. No reply was received by plaintiff in or outside of the time frame. A copy of the original cease and desist / demand letter is attached as Exhibit G hereto.

**32.** Approximately on the same day as the defendant received the overnight demand letter, two telephone calls came in to plaintiff's cellular phone with caller ID telephone number information matching defendant in a Las Vegas, NV location. Calls went unanswered due to plaintiff being occupied during this time frame, and no voice mail was left.

**34.** In mid October 2006, plaintiff consulted with and retained Attorney David Klibaner of Denver, CO to represent him in this case. On November 1 2006, Attorney for plaintiff contacted by telephone, a person by the name of "Steve" with "The Grant People". During this conversation, it is believed that "Steve" informed plaintiff attorney that "The Grant People" contracts with an outside company in Texas called digitalNRG, which handles all such marketing calls. That same day, plaintiff attorney responded by to "Steve" via e-mail address: info@thegrantpeople.com, to confirm their telephone conversation, and to state a final offer for settlement to avoid litigation. Though at this point in time, the unsolicited telephone calls ceased to occur, No response was received. A copy of the e-mail correspondence between plaintiff's attorney and The Grant People is attached as Exhibit H hereto.

**35.** On an unconfirmed date, a response letter was sent from "The Grant People" to Brandy Yost with the Las Vegas Better Business Bureau. The letter stated that "The Grant People" contracts with an outside marketing company in Texas called Digitalnrg to handle all such marketing. The identity of the writer is unknown as the letter was not signed, nor was it dated. A copy of the response letter mentioned in this paragraph is attached as Exhibit I hereto.

**36.** On November 1 2006, a facsimile request was sent to Verizon Wireless Custodian of Records to obtain trace information to translate the blocked telephone calls into the source telephone numbers of the caller. Verizon replied shortly thereafter stating that records would not be released, even on demand by the plaintiff as the account owner, unless a subpoena was issued for the records.

along with a settlement amount and deadline date of March 10, 2007. No response was received
from The Grant People. A copy of the final demand letter is attached as Exhibit J hereto.

      38. On or around March 2, 2007, Ricky Keele, president of Digitalnrg called plaintiff
and left voice mail to discuss complaint further.

      39. On March 8, 2007, plaintiff contacted Mr. Keele via telephone. During this
conversation, Mr. Keele stated that his company was only the circuit hardware and connection
provider (telco). He stated that The Grant People were leasing these circuits and dialing system to
place telephone calls. He went further to inform plaintiff that his company itself has no responsibility
or control over its customers' practices or methods.

      40. During the conversation mentioned above in paragraph 39, Plaintiff asked Mr.
Keele about the ownership and use of the originating telephone numbers (trunk) used to place
outbound calls. He stated that when call records are finally traced and obtained from Verizon
Wireless, they can and will show Digitalnrg as the identified originating source. He stated that
though this might be the case, that once again, he is only responsible for leasing these outbound
telephone lines to clients, and is not responsible for their use. He referred to his company as a
"carrier" similar to a telephone company in the way they provide lines and features/services, but the
leasing customer is solely responsible for their content and methods. Mr. Keele concluded by
agreeing to have his legal counsel draft a letter stating these claims. He also added that if requested,
Digitalnrg could provide transcribed outbound call records, showing which telephone lines The
Grant People used, and at what times they placed calls to plaintiff.

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS

### Statutory Damage Claim for Violation of the TCPA

**41.** Plaintiff hereby incorporates all of the allegations of paragraphs 1-41 as set forth herein.

**42.** Defendant's 26 calls to plaintiff constitute a "telephone solicitation ," as defined by the TCPA, 47 U.S.C. § 227(a)(3):

> "the initiation of a telephone call or message for the purpose of encouraging the purchase or rental of, or investment in, property, goods, or services, which is transmitted to any person, but such term does not include a call or message:
>
> (a) to any person with that person's prior express invitation or permission,
>
> (b) to any person with whom the caller has an established business relationship, or
>
> (c) by a tax exempt nonprofit organization."

**43.** Plaintiff did not provide defendant with any "prior express invitation or permission" to place telephone calls or extend offers at issue through such a medium.

**44.** Through their conduct, defendant violated the TCPA, which prohibits "to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—

to initiate any telephone call to any residential telephone line using an artificial or prerecorded voice to deliver a message without the prior express consent of the called party, unless the call is initiated for emergency purposes or is exempted by rule or order by the Commission." 47 U.S.C. § 227(b)(1)(b).

45. Accordingly, defendant is liable to plaintiff in the statutory amount of $500 per unsolicited telephone call violation sent. 47 U.S.C. § 227(b)(3)(B).  From August 25-October 10 2006, plaintiff documented the receipt of 26 unsolicited, pre-recorded telemarketing calls from defendant.

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS

### Statutory Treble Damage Claim for Violation of the TCPA

**46.** Plaintiff hereby incorporates all of the allegations of paragraphs 1-46 as set forth herein.

**47.** Pursuant to the TCPA, if defendant "willfully or knowingly" sent their unsolicited telephone calls, the Court may increase the statutory penalty up to the amount of $1,500 per unsolicited fax advertisement sent.  47 U.S.C. § 227(3)(C).

**48.** Through their conduct, defendant "willfully or knowingly" violated the provisions of the TCPA through their use of automated dialing equipment, purposely blocking /restricting Caller ID information from recipient, not announcing the name of the calling party or contact telephone number, and providing no opportunity to opt-out of the offer.

**49.** Accordingly, defendant is liable to plaintiffs in the statutory treble damage amount of $1,500 per unsolicited telephone call placed.  47 U.S.C. § 227(3)(C).  To date, plaintiff has documented the receipt of 26 unsolicited telephone calls from defendant.

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

**50.** WHEREFORE, plaintiff prays that this Court:

    a)    Award plaintiff the statutory sum of $500 per unsolicited telephone call placed to plaintiff by defendants, as documented herein, for an award of $11,100;

    b)    Award plaintiff statutory treble damages per unsolicited telephone call knowingly and willfully sent to plaintiff by defendants, as documented herein, for an additional award of $22,200;

    c)    Assign plaintiff's damages against defendant jointly and severally;

    d)    Issue a writ of injunction enjoining defendant from committing future violations of the TCPA, by ordering defendant to cease and desist from sending unsolicited telephone calls to plaintiff;

    e)    Award plaintiff the costs of this action; and

    f)    Award plaintiff all such other and further relief to which it may be justly entitled.

Date: _____

    _____
    (Plaintiff's Original Signature)

    _____
    (Street Address)

    _____
    (City, State, ZIP)

Corporation Details - Secretary of State, Nevada                https://esos.state.nv.us/SOSServices/AnonymousAccess/CorpSearch/P...

# THE GRANT PEOPLE, INC.

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 9/14/2005 12:05:35 P |
| Type: | Domestic Corporation | Corp Number: | E0613862005-2 |
| Qualifying State: | NV | List of Officers Due: | 9/30/2007 |
| Managed By: | | Expiration Date: | |

## Resident Agent Information

| | | | |
|---|---|---|---|
| Name: | EXECUTIVE WORLD WIDE INC | Address 1: | 5130 S FT APACHE RD #215-425 |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89148 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip Code: | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 75.00 |
| Par Share Count: | 75,000.00 | Par Share Value: | $ 0.001 |

## Officers

☐ Include Inactive Officers

### President - STAN CLARK

| | | | |
|---|---|---|---|
| Address 1: | 5130 S. FT. APACHE RD. STE. 215-425 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89148 | Country: | |
| Status: | Active | Email: | |

### Secretary - STAN CLARK

| | | | |
|---|---|---|---|
| Address 1: | 5130 S. FT. APACHE RD. STE. 215-425 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89148 | Country: | |
| Status: | Active | Email: | |

### Treasurer - STAN CLARK

| | | | |
|---|---|---|---|
| Address 1: | 5130 S. FT. APACHE RD. STE. 215-425 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89148 | Country: | |
| Status: | Active | Email: | |

### Director - STAN CLARK

| | | | |
|---|---|---|---|
| Address 1: | 5130 S. FT. APACHE RD. STE. 215-425 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89148 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

Corporation Details - Secretary of State, Nevada          https://esos.state.nv.us/SOSServices/AnonymousAccess/CorpSearch/P...

| Action Type: | Articles of Incorporation | | |
|---|---|---|---|
| Document Number: | 20050402233-51 | # of Pages: | 2 |
| File Date: | 09/14/2005 | Effective Date: | |

FEDEX TRK 7901-5331-5299 SAE 9-14-05

Initial Stock Value: Par Value Shares: 75,000 Value: $ 0.001 No Par Value Shares: 0
-------------------------------------------------------- Total Authorized Capital: $ 75.00

| Action Type: | Initial List | | |
|---|---|---|---|
| Document Number: | 20050527447-76 | # of Pages: | 1 |
| File Date: | 11/03/2005 | Effective Date: | |

(No Notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20060471312-86 | # of Pages: | 1 |
| File Date: | 07/26/2006 | Effective Date: | |

(No Notes for this action)

| Action Type: | Amended List | | |
|---|---|---|---|
| Document Number: | 20060471340-27 | # of Pages: | 1 |
| File Date: | 07/26/2006 | Effective Date: | |

(No Notes for this action)

| Action Type: | Amended List | | |
|---|---|---|---|
| Document Number: | 20060613114-04 | # of Pages: | 1 |
| File Date: | 09/25/2006 | Effective Date: | |

(No Notes for this action)

| Action Type: | Amended List | | |
|---|---|---|---|
| Document Number: | 20070147733-24 | # of Pages: | 1 |
| File Date: | 03/02/2007 | Effective Date: | |

(No Notes for this action)

3/13/2007 2:16 PM

# THE GRANT PEOPLE, INC.

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 9/14/2005 12:05:35 PM |
| Type: | Domestic Corporation | Corp Number: | E0613862005-2 |
| Qualifying State: | NV | List of Officers Due: | 9/30/2007 |
| Managed By: | | Expiration Date: | |

## Resident Agent Information

| | | | |
|---|---|---|---|
| Name: | EXECUTIVE WORLD WIDE INC | Address 1: | 5130 S FT APACHE RD #215-425 |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89148 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip Code: | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 75.00 |
| Par Share Count: | 75,000.00 | Par Share Value: | $ 0.001 |

## Officers

☐ Include Inactive Officers

### President - PETER F GOULD

| | | | |
|---|---|---|---|
| Address 1: | 5130 S. FT. APACHE RD. STE. 215-425 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89148 | Country: | |
| Status: | Active | Email: | |

### Secretary - PETER F GOULD

| | | | |
|---|---|---|---|
| Address 1: | 5130 S. FT. APACHE RD. STE. 215-425 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89148 | Country: | |
| Status: | Active | Email: | |

### Treasurer - PETER F GOULD

| | | | |
|---|---|---|---|
| Address 1: | 5130 S. FT. APACHE RD. STE. 215-425 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89148 | Country: | |
| Status: | Active | Email: | |

### Director - PETER F GOULD

| | | | |
|---|---|---|---|
| Address 1: | 5130 S. FT. APACHE RD. STE. 215-425 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89148 | Country: | |
| Status: | Active | Email: | |

| Actions\Amendments | | | |
|---|---|---|---|
| **Action Type:** | Articles of Incorporation | | |
| **Document Number:** | 20050402233-51 | **# of Pages:** | 2 |
| **File Date:** | 09/14/2005 | **Effective Date:** | |

**FEDEX TRK 7901-5331-5299 SAE 9-14-05**

Initial Stock Value: Par Value Shares: 75,000 Value: $ 0.001 No Par Value Shares: 0

---------------------------------------------- Total Authorized Capital: $ 75.00

| | | | |
|---|---|---|---|
| **Action Type:** | Initial List | | |
| **Document Number:** | 20050527447-76 | **# of Pages:** | 1 |
| **File Date:** | 11/03/2005 | **Effective Date:** | |

(No Notes for this action)

| | | | |
|---|---|---|---|
| **Action Type:** | Annual List | | |
| **Document Number:** | 20060471312-86 | **# of Pages:** | 1 |
| **File Date:** | 07/26/2006 | **Effective Date:** | |

(No Notes for this action)

| | | | |
|---|---|---|---|
| **Action Type:** | Amended List | | |
| **Document Number:** | 20060471340-27 | **# of Pages:** | 1 |
| **File Date:** | 07/26/2006 | **Effective Date:** | |

(No Notes for this action)

| | | | |
|---|---|---|---|
| **Action Type:** | Amended List | | |
| **Document Number:** | 20060613114-04 | **# of Pages:** | 1 |
| **File Date:** | 09/25/2006 | **Effective Date:** | |

(No Notes for this action)

# Better Business Bureau Serving Southern Nevada

**2301 Palomino Lane**
**Las Vegas, NV 89107**
**(702) 320-4500**
**Fax: (702) 320-4560**
**info@vegasbbb.org**

## BBB Reliability Report



### Grant People, Inc. (The)

4550 W. Oakey Blvd. #111
Las Vegas, NV 89102

## General Information

|   |   |
|---|---|
| **Original Business Start Date:** | January 2006 |
| **Local Business Start Date:** | January 2006 |
| **Type of Entity:** | Corporation |
| **Principal :** | Peter Gould, President |
| **Customer Contact:** | Brian Lee, |
| **Phone Number:** | (866) 472-6885 |
| **BBB Membership:** | This company is not a member |
| **Type-of-Business Classification:** | Grant Writers |
| **Web Site Address:** | www.thegrantpeople.com |

## BBB Customer Experience

Consumers allege the company, Grant People, Inc. (The), faxes a BBB reliability report to prospective clients with the company name of Executive Solutions, Inc. Executive Solutions, Inc. is a member of the Better Business Bureau of S. NV, Inc. and has a 'Satisfactory' record. Grant People, Inc. (The) is not and never has been a member of the Better Business Bureau of S. NV.

According to the City of Las Vegas Business License Department, Executive Solutions, Inc.'s business license was issued in the category of 'Business Support Service'. The license does not authorize the company to write grants. Companies are not permitted to conduct business outside of their licensed categories. If a consumer does business with a company not operating under the appropriate licensing, they do so at their own risk.
Based on BBB files, this company has an **unsatisfactory record** with the Bureau due to two or more unanswered complaints.

## Complaint History

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

The Bureau processed a total of 10 complaints about this company in the last 36 months, our standard reporting period. Of the total (10) in 36 months, (10) was/were closed in the last year.
Complaints concerned:
6 - **Sales Practice Issues**
  1 - Sales presentation misrepresented the product
  2 - Sales presentation misrepresented the service
  2 - Sales presentation used dishonest sales practices
  1 - General Sales Complaint Issues

1 - **Advertising Issues**
   1 - False or unsubstantiated claims in advertisement
1 - **Service Issues**
   1 - Delayed completion of service
1 - **Delivery Issues**
   1 - Non-delivery of services
1 - **Refund or Exchange Issues**
   1 - General Refund or Exchange Complaint Issues

Complaints were closed as:
3 - **Resolved**
   2 - Company resolved the complaint issues. The consumer acknowledged acceptance to the BBB.
   1 - Company resolved the complaint issues. The consumer failed to acknowledged acceptance to the BBB.
1 - **Unresolved**
   1 - Company failed to resolve the complaint issues through the BBB voluntary and self-regulatory process.
1 - **Administratively Closed**
   1 - BBB determined the company made good faith and reasonable offer to resolve the issues, but the consumer did not accept the offer.
5 - **No Response**
   5 - Company failed to respond to the BBB or to the consumer to resolve the issues.

## License Information

As of 2/22/2007, we confirmed this company has a valid local business **license** for the locale in which they operate.

## Additional Addresses

, NV .....

**Report** as of 3/13/2007
Copyright 2005 Better Business Bureau of Southern Nevada, Inc.

*The information contained in this report has either been provided by the company or has been compiled by the Bureau from other sources believed to be reliable. BBB reports can not be reproduced for sales or promotional purposes.*

*As a matter of policy, the Better Business Bureau does not endorse any product, service or company. BBB reports generally cover a three-year reporting period, and are provided solely to assist you in exercising your own best judgment. Information contained herein is believed reliable but not guaranteed as to accuracy. Reports are subject to change at any time.*

Better Business Bureau

http://www.vegasbbb.org/commonreport.html?compid=70498

## BETTER BUSINESS BUREAU

| Reports | Complaints | Members | Staff | Directors | Programs & Activities | Contact Us |

## Better Business Bureau Serving Southern Nevada

2301 Palomino Lane
Las Vegas, NV 89107
(702) 320-4500
Fax: (702) 320-4560
info@vegasbbb.org

## BBB Reliability Report

### Grant People, Inc. (The)

4550 W. Oakey Blvd. #111
Las Vegas, NV 89102

# General Information

| | |
|---|---|
| **Original Business Start Date:** | January 2006 |
| **Type of Entity:** | Corporation |
| **Principal :** | Robert Hagopian President |
| **Customer Contact:** | Owner/Manager |
| **Phone Number:** | (866) 472-6885 |
| **BBB Membership:** | This company is not a member |
| **Type-of-Business Classification:** | Grant Writers |

# Customer Experience

Consumers allege the company, Grant People, Inc. (The), faxes a BBB reliability report to prospective clients with the company name of Executive Solutions, Inc. Executive Solutions, Inc. is a member of the Better Business Bureau of S. NV, Inc. and has a 'Satisfactory' record. Grant People, Inc. (The) is not and never has been a member of the Better Business Bureau of S. NV.

According to the City of Las Vegas Business License Department, Executive Solutions, Inc.'s business license was issued in the category of 'Business Support Service'. The license does not authorize the company to write grants. Companies are not permitted to conduct business outside of their licensed categories. If a consumer does business with a company not operating under the appropriate licensing, they do so at their own risk.

The Bureau processed a total of 0 complaints about this company in the last 36 months, our standard reporting period.

10/12/2006 8:05 AM

**BitPim**

File   Edit   Data   AutoSync   View   Help

BitP...

Historical Data Status
Current Data

| Call Type | Date | Number ↑ | Duration |
|---|---|---|---|
| Incoming | 2006-09-22 19:13:59 | Restricted | 70 |
| Incoming | 2006-09-21 19:24:22 | Restricted | 63 |
| Missed | 2006-09-26 19:09:15 | Restricted | 0 |
| Missed | 2006-09-29 15:01:47 | Restricted | 0 |
| Missed | 2006-09-28 09:13:30 | Restricted | 0 |
| Missed | 2006-09-27 14:42:58 | Restricted | 0 |
| Missed | 2006-09-27 19:09:51 | Restricted | 0 |
| Incoming | 2006-10-03 09:04:40 | Restricted | 94 |
| Incoming | 2006-09-05 19:18:51 | Restricted | 5 |
| OK Incoming | 2006-09-05 15:40:41 | Restricted | 1347 |
| OK Missed | 2006-10-09 09:06:15 | Restricted | 0 |
| OK Missed | 2006-10-06 12:17:41 | Restricted | 0 |
| Missed | 2006-09-25 19:09:43 | Restricted | 0 |
| Missed | 2006-09-13 19:17:37 | Restricted | 0 |
| Missed | 2006-09-14 19:17:27 | Restricted | 0 |
| Incoming | 2006-08-25 13:03:52 | Restricted | 5 |
| OK Missed | 2006-06-01 07:44:04 | Restricted | 0 |
| Missed | 2006-10-05 09:05:41 | Restricted | 0 |
| OK Missed | 2006-05-23 17:03:34 | Restricted | 0 |
| OK Missed | 2006-05-22 15:16:36 | Restricted | 0 |
| Missed | 2006-09-08 19:25:12 | Restricted | 0 |
| OK Incoming | 2006-09-15 19:47:05 | Restricted | 187 |
| Incoming | 2006-09-15 19:26:01 | Restricted | 99 |
| Incoming | 2006-09-19 19:01:37 | Restricted | 17 |
| Incoming | 2006-09-20 19:15:22 | Restricted | 98 |
| Missed | 2006-09-18 19:11:13 | Restricted | 0 |
| Incoming | 2006-09-07 19:49:03 | Restricted | 34 |
| OK Incoming | 2006-09-07 19:54:06 | Restricted | 27 |
| Incoming | 2006-10-10 09:18:03 | Restricted | 68 |
| Incoming | 2006-10-06 09:14:59 | Restricted | 72 |

Note: Click column headings to so...

Ready                         BitPim 0.9.06/Latest: 0.9/07



| Call Type | Date | Number ↑ | Duration | Name |
|---|---|---|---|---|
| Incoming | 2006-10-04 09:03:48 | Restricted | 72 | |
| Missed | 2006-08-28 19:37:37 | Restricted | 0 | |
| Missed | 2006-08-31 19:25:46 | Restricted | 0 | |
| ok̶ ̶Incoming̶ | 2006-05-29 20:52:03 | Restricted | 1 | |
| ok̶ ̶Incoming̶ | 2006-10-02 12:04:59 | Unavailable | 12 | |
| ok̶ ̶Incoming̶ | 2006-09-27 16:04:48 | Unavailable | 99 | |
| ok̶ ̶Missed̶ | 2006-06-04 17:16:57 | Unavailable | 0 | |
| ok̶ ̶Missed̶ | 2006-09-25 19:07:30 | Unavailable | 0 | |
| ok̶ ̶Missed̶ | 2006-05-31 08:28:52 | Unavailable | 0 | |
| ok̶ ̶Incoming̶ | 2006-05-31 13:29:19 | Unavailable | 1042 | |
| ck̶ ̶Missed̶ | 2006-05-23 05:34:25 | Unavailable | 0 | |
| ck̶ ̶Incoming̶ | 2006-09-28 17:45:47 | Unavailable | 13 | |

**James McKee**

Filing for: James McKee has been received by the FCC. **Thanks for your information. When inquiring about your complaint, be sure to reference this number: FORM475: 06-W12308090 and, be sure to mention that you filed this complaint over the internet.**

3/13/2007



**Federal Communications Commission**
**Consumer & Governmental Affairs Bureau**
**Consumer Inquiries and Complaints Division**
**445 12th Street, S.W., Room 4-C763**
**Washington, D.C. 20554**

October 17, 2006

James Mckee                          In Reply Refer To:  06-W12308090
PO BOX 1025                                    TSR 29
Boulder, CO  80306

Dear Consumer:

We are in receipt of your complaint regarding possible violations of FCC rules concerning telemarketing calls and do-not-call requests.  Although the FCC does not adjudicate individual complaints of this type, we do closely monitor such complaints to determine whether independent enforcement action is warranted.

The FCC rules concerning telemarketing calls and unsolicited facsimile advertisements were adopted in accordance with the Telephone Consumer Protection Act (TCPA), and this agency takes enforcement action against violators of those rules when warranted.  As a result of its investigation, the FCC has previously issued numerous warning citations and has levied substantial monetary penalties against violators of the TCPA and the FCC's telemarketing rules.  These enforcement actions can eventually result in monetary penalties of up to $11,000 per violation.

The FCC does not resolve individual complaints of this type, and cannot award monetary or other damages directly to consumers, but consumers should still report violations of the telemarketing rules.  The FCC encourages consumers who have received such calls or faxes to file complaints with the FCC.  In addition, you may wish to note that, under the TCPA, consumers may bring a private lawsuit in a state court to recover damages, if otherwise permitted by the state's laws or rules of court.

We invite you to visit the Consumer & Governmental Affairs Bureau's Internet web site at http://www.fcc.gov/cgb for information on telephone related issues.  You may also call the FCC's Consumer Center toll free at 1-888-CALL-FCC [1-888-225-5322], TTY:  1-888-TELL-FCC [1-888-835-5322].

Sincerely,

Stephen E. Ebner, Acting Chief
Consumer Inquiries and Complaints Division
Consumer & Governmental Affairs Bureau

## James McKee

Your complaint has been filed. If you have any questions about the complaint, please feel free to contact us at (702) 320-4500.

## Mail sent

```
The following mail was sent to info@vegasbbb.org
THIS DATA HAS BEEN SENT TO THE BBB OF SOUTHERN NEVADA
 AS A RESULT OF YOUR COMPLAINT:
==========================================================
CONSUMER IDENTIFICATION:
Mr. James McKee
PO BOX 1025
Boulder, CO    80306
Country: US
Other Country:
Day Phone: 303-903-9020 Ext:
Evening Phone:
FAX Number:
E-mail: info@bonwireusa.com

Company INFORMATION:
The Grant People (aka: Executive Solutions, Inc.)
4550 West Oakey Blvd, Suite 111
Las Vegas, Nevada   89102
Country: US
Phone Number: 1-866-472-6885
FAX Number:
Internet Address: www.thegrantpeople.com

COMPLAINT INFORMATION:
This company has telemarket-type solicited my cellular
telephone no less than 15 times in the last 30 days
violating several state and federal laws regarding
Telemarketing practices.
This company offers no way to opt out of any and all offers,
due to their use of an automated voice to solicit offers.
I am making this complaint so late due to the fact that I
was unable to locate information on such company until today.
Date occurred: 09/2006 (still obtaining records)
Date(s) complained to Company: (did not know who to contact)
To Whom: n/a
Product/Service involved: telemarketing practices
Brand Name of Manufacturer: n/a
Model Name or Number: n/a
Date Purchased:
Order, Contract, Acct or Policy#: n/a
Name of Salesperson: n/a
Has this gone to court?: NO
Have you already paid for the product or service?: not paid
Purchase Price: n/a
Amount in Dispute: n/a
Method of Payment:
Desired Settlement: other
Other Settlement: Stop calling to solicit.

This message sent by: 67.172.156.114
```

3/13/2007

October 2, 2006

James McKee
PO BOX 1025
Boulder, CO 80306



Executive Solutions Inc.
(aka: The Grant People)
4550 West Oakey Blvd, Suite 111
Las Vegas, Nevada 89102

To Whom It May Concern:

I am writing today to inform your company of a lawsuit I am preparing to file due to unethical and illegal telemarketing practices performed by "The Grant People" or a 3rd party contracted by your company.

Beginning 8/25/2006, I started to receive telemarketing type solicitation calls to my Verizon Wireless telephone number 303-903-9020. As of 9/28/2006, I have counted twenty-one (21) calls received. All calls were of the same nature using an automated female voice stating information about 'grant money available', etc. For every call, the caller ID information reported BLOCKED/RESTRICTED, There was absolutely no identification by the recorded message as to the name of the source, and there was no option to opt-out of future offers.

The dates and times of calls are as follow on separate page.

Though the calls highlighted state 'unavailable' or 'restricted', a call trace record was initiated to document and link the calls with your company. Furthermore, I have saved several voice mail messages of the calls and also during answered calls.

As mentioned above, there was no way to opt out of any and all future calls/offers, and the only way to stop the problem was to press a number option when prompted to leave my personal information and telephone number after the tone for an "immediate return call". I was hesitant to do this during the first several calls since the purposely blocked caller ID info, and no indication as to the name of the company indicated to me a scam operation of some sort. After the calls continued almost daily, I finally left my information after the prompt. It was several days later, I received a voice mail message from Mark Knapp stating he was returning my message and his telephone number: 866-472-6885 ext. 6622.
I did not return the call, as I was advised by legal counsel against it, since there was still potential for this to be a scam. I did however, research the phone number and found your company.

I contacted the Federal Communications Commission, as well as researched Consumer Protection Laws, and have found "Federal rules forbid using automated dialing machines to reach any phones, such as a cell phone, in which incoming calls cost the subscriber money. Under the rules, telemarketers are allowed to dial each number by hand, but that would be ridiculously labor-intensive." Verizon Wireless Legal Department did confirm this as part of their strict customer protection guidelines.

1

I have recently filed complaints with the Las Vegas, NV Better Business Bureau, as well as the Federal Communications Commission as a result of your violation of Federal law and possible state law. Additionally, my telephone number was listed on the Colorado and Federal DO-NOT-CALL Register.

Colorado Consumer Protection Law states that for telemarketers that violate rules, the penalty that a court may award the victim is $500 for the second offense, and $1000 for each offense afterward. As of 9/28/06, the total penalties I am entitled to sue your company for is $16,500. This amount does not include damages, attorney's fees, court costs and travel related expenses to appear in court.

I will settle out of court and stop any future legal proceedings if your company pays to me, $8,000 (roughly half the potential damages after filing, travel, and attorneys) **within seven (7) calendar days from the date of this letter** (October 9). If I receive the amount requested (and no less) within the timeframe I have stated, and my telephone number is removed from your call list, I will stop all legal proceedings, and answer any follow ups to the complaints already filed and status them as resolved satisfactorily. You may enclose with payment, a waiver for me to sign acknowledging receipt of damages, and resolution of the suit.

If you choose to ignore this request for resolution and settlement, or do not adhere to my time sensitive offer, I will immediately file suit with the 8th Judicial District Court for Clark County, in Las Vegas, as well as on a Federal level for the minimum amount of $16,500, plus damages, court costs, attorneys fees and travel expenses. The address to remit payment of damages in the amount of $8,000 is:

James McKee
PO BOX 1025
Boulder, CO 80306


Sincerely,

James McKee

/enclosures
*cd audio
*call log sheet

2

file:///C:/Documents%20and%20Settings/Jimmymac/Local%20Settin...

**From:** David Klibaner [david@dklawfirm.com]
**Sent:** Wednesday, November 01, 2006 5:04 PM
**To:** 'info@thegrantpeople.com'
**Subject:** James McKee unsolicited pre-recorded solicitations

Attn: Steve



Dear Steve:

We spoke a few minutes ago. I represent James McKee. Mr. McKee received at least ten unsolicited pre-recorded telephone solicitations from The Grant People on his cellular telephone.

These prerecorded telephone calls violated a number of laws, including the TCPA, prerecorded telephone solicitations are prohibited, such solicitations must include an opt out telephone number, and the name of the business from which the call originates. These are three separate violations per call. Each violation is subject to a penalty of $500.00.

I am researching violations as well of the Colorado Consumer Protection Act, specifically the registration provisions for telephone sellers.

Each which violates the TCPA is subject to treble damages, because the violation was "willful" meaning the call was made intentionally and knowingly. There does not have to be a willful and knowing decision to violate the TCPA.

In sum, at minimum, each telephone call in violation of the TCPA is subject to a penalty at minimum, in the amount of $1500, and theoretically as much as $4500 per call.

You noted during our telephone call that The Grant People uses a service in Texas to generate leads for your company. This is no defense to the liability of The Grant People under the TCPA.

Damages total between $15,000 and $45,000 for the unsolicited prerecorded telephone calls.

To avoid the delays of litigation, Mr. McKee has authorized me to accept a compromise sum. His previous offer, however, to settle his claims for $5000 is withdrawn.

I look forward to hearing from you.

Sincerely,

David Klibaner
899 Logan Street, Suite 200
Denver, Colorado 80203
303.863.1445
david@dklawfirm.com

3/13/2007 2:09 PM

**Th**
**45!**
**La**
**86**

Brandy Yost
Better Business Bureau
2301 Palomino Lane
Las Vegas, Nevada 89107-4503

RE: James McKee,

Ms. Yost,

We are in receipt of the above complaint. Please note that we do not do any telephone marketing ourselves. We contract with an outside marketing company in Texas called Digitalnrg. www.digitalnrg.com to handle all such marketing. Digitalnrg only contacts business owners, not individuals, so we are not sure why the above complainant received phone calls regarding our company. We do apologize for any inconveniences. We would be more than happy to contact Digitalnrg to take his number of our list. He has not contacted us directly to do so. We would suggest that he provide us with his number and we will make sure that it is forwarded down to our marketing company so this does not happen again. I hope this resolves this situation.

If you have any questions please call.
1-866-472-6885 ext. 2

Thank you,

The Grant People Inc

February 26, 2007

James McKee
PO BOX 1025
Boulder, CO 80306

Peter F. Gould
The Grant People, Inc.
5130 S. Ft. Apache Rd Ste 215-425
Las Vegas, NV 89148

Robert Hagopian
The Grant People, Inc.
4550 W. Oakey Blvd. #111
Las Vegas, NV, 89102



Ricky Keele
Digital NRG, Inc.
12200 Ford Rd., Ste 486
Dallas, TX  75247

Dear Sirs,

I am writing to you regarding the twenty six unsolicited telephone calls received by me from "The Grant People, Inc." within a 30 day period from Late August into October of 2006. They were made without my express consent, invitation, or permission.

Federal law entitled the Telephone Consumer Protection Act (the "TCPA") 47 U.S.C section 64.1200 (subpart L) makes it ILLEGAL:

1. To initiate any telephone call (other than a call made for emergency purposes or made with the prior express consent of the called party) using an automatic telephone dialing system or an artificial or prerecorded voice, to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call;
2. Initiate any telephone call to any residential telephone line using an artificial or prerecorded voice to deliver a message without the prior express consent of the called party, unless the call is initiated for emergency purposes or is exempted by §64.1200(c) of this section.
3. All artificial or prerecorded telephone messages delivered by an automatic telephone dialing system shall:

    • At the beginning of the message, state clearly the identity of the business, individual, or other entity initiating the call, and
    • During or after the message, state clearly the telephone number (other than that of the autodialer or prerecorded message player which placed the call) or address of such business, other entity, or individual.

The TCPA also provides that a person or company who violates any of the above rules (by 3rd party or otherwise) is liable for $500 in statutory remedy for each call sent without the recipient's express permission. If the court finds that the defendant acted willfully and knowingly (as indicated by the attachment of your fax) the court may triple the damages of the award to $1500 per violation.

Your company violated several of the TCPA regulations each time a call was placed to me, because of at least the following:

- Placing an unsolicited, commercial call to a cellular phone number
- Using an automated dialer to place the call
- Purposely blocking/restricting the Caller ID information from transmission
- Not identifying whatsoever, the name or telephone number of your entity
- Not giving the recipient any way to opt-out during or after the call

Because of these key violations, you are now liable to pay a statutory remedy up to the maximum of $1500 per violation. To date, I have received TWENTY SIX calls of this nature totaling damages of $38,000.

Since you have not responded to my initial demand letter nor my attorney's request for resolution since early November, 2006, I have begun the litigation process in District Court in Denver, Colorado. I have also started the subpoena process with my cellular telephone service provider to produce and reveal the call records for each incoming call initiated by you/your 3rd party contractor in order to show the court that these calls were made both knowingly and willingly.

Violation of this statue is taken quite seriously by the District Court of the City and County of Denver, which would have jurisdiction over this matter. To save us both time and effort, I am willing to settle this case for a remedy of exactly ¼ the total damages of $38,000, which equals $9,500 based on your twenty six documented violations. If you wish to avoid litigation, please send me payment of $9,500 to the address listed above no later than March 6, 2007. Once payment is received, a resolution letter will be mailed to you confirming receipt, settlement and closure of any pending suit. If I do not receive payment by March 6, 2007, I will file a lawsuit for the full $38,000. I will also ask the judge to add court and filing costs, which he may do at his discretion. This may result in a fine of more than $38,500.

If you accept my offer, and submit to me within my deadline, the amount demanded above, I will send a letter of resolution and closure to your company, as well as the FCC and Better Business Bureaus stating the matter was resolved satisfactorily and the issue is closed. This is the last offer you will receive from me, and it is non-negotiable. Offers of any kind will not be accepted via phone.

I am sending this letter to each publicly listed principal, registered agent, or owner of the entities involved. It is up to you to decide which party is liable for the damages I am demanding. You shall have received a first class copy of this letter in addition to the certified mail, return receipt requested version of this letter. I look forward to hearing from you.

Sincerely,

James McKee

/enclosures:
summary call record

2

Label 11-B, March 2004

**MAIL**
**UNITED STATES POSTAL SERVICE**®   **Post Office To Addressee**

EQ 720126335 US

| | | |
|---|---|---|
| PO ZIP | Day of Delivery | Postage $ |
| | ☐ Next ☐ 2nd ☐ 2nd Del. Day | Return Receipt Fee $ |
| Date Accepted | Scheduled Date of Delivery | |
| Mo. Day Year | Month Day | COD Fee / Insurance Fee $ |
| Time Accepted | Scheduled Time of Delivery | |
| ☐ AM ☐ PM | ☐ Noon ☐ 3 PM | Total Postage & Fees $ |
| Flat Rate ☐ or Weight | Military ☐ 2nd Day ☐ 3rd Day | |
| lbs. ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

Delivery Attempt / Time / ☐ AM ☐ PM / Employee Signature
Mo. Day
Delivery Attempt / Time / ☐ AM ☐ PM / Employee Signature
Mo. Day
Delivery Date / Time / ☐ AM ☐ PM / Employee Signature
Mo. Day

**CUSTOMER USE ONLY**
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or
Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

☐ NO DELIVERY ☐ Weekend ☐ Holiday     Mailer Signature

**FROM:** (PLEASE PRINT)   PHONE ( )

B. Meeker
PO Box 1075
Boulder Co   80306

**TO:** (PLEASE PRINT)   PHONE ( )

Robert Haqqian
The Grant People
4550 W. Oakey Blvd   Ste 111
Las Vegas, NV

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

| 8 | 9 | 1 | 0 | 2 | + | |

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811   *EMS*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert Haqqian
The Grant People
4550 W. Oakey Blvd
# 14
Las Vegas, NV 89102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number
(Transfer from service label)   7006 2760 0005 6751 2925

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

"K"

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Peter Gould
The Grant People
5130 S. Ft. Apache Rd
Ste 215-425
Las Vegas, NV 89148

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
S. Mensit
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.