IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00570-REB-MEH

JAMES McKEE,

      Plaintiff,

v.

THE GRANT PEOPLE, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 5, 2007**.

      Plaintiff's Motion to Request U.S. Marshalls [sic] Service to Attempt Re-Service [sic] to Defendant Using Alternate Address [Filed June 7, 2007; Doc #13] is **granted**. The Clerk shall follow the Court's April 4, 2007 Order Requiring Service by United States Marshal, and shall attempt service at the alternate address listed by Plaintiff:

The Grant People, Inc.
4550 W. Oakey Blvd., Suite 111
Las Vegas, NV 89102